UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re  S & A Restaurant Corp.,　　　　　　　　　　　　　Case No. 08-41898
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　 Chapter　7

## AMENDMENT/SUPPLEMENT COVER SHEET

Supplement to the following Schedule is transmitted herewith:

Schedule B, Exhibit B-22, Trademarks – the attached Exhibit B-22 was referenced in and attested to by the original Schedules, as filed, but was inadvertently omitted therefrom.

### NOTICE OF AMEMDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of this supplement listed above has been given this date to the parties affected thereby, to wit:

Michelle Chow, Interim Ch. 7 Trustee　　　　Mark I. Agee
5401 N. Central Expressway, #218　　　　　　Mark Ian Agee, P.C.
Dallas, TX  75205　　　　　　　　　　　　　　　　5401 N. Central Expressway, #220
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75205

Joseph A. Friedman　　　　　　　　　　　　　　Timothy W. O'Neal
Robert J. Taylor　　　　　　　　　　　　　　　　Asst. U.S. Trustee, Region 6
Kane Russell Coleman & Logan PC　　　　　　Office of the United States Trustee
3700 Thanksgiving Tower　　　　　　　　　　　110 N. College Ave., Suite 300
1601 Elm Street, Suite 3700　　　　　　　　　Tyler, TX  75702
Dallas, TX  75201

Dated: August 25, 2008

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:  /s/ J. Michael Sutherland
　　　　　　　　　　　　　　J. Michael Sutherland
　　　　　　　　　　　　　　　Texas Bar No. 19524200
　　　　　　　　　　　　　　CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
　　　　　　　　　　　　　　901 Main Street, Suite 5500
　　　　　　　　　　　　　　Dallas, TX  75202
　　　　　　　　　　　　　　214-855-3015

　　　　　　　　　　　　　　*Attorney for S & A Restaurant Corp, et al.*

821615v.2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

S&A Restaurant Corp.
Case Number: 08-41898
Exhibit B-22
Trademarks

| Trademark Name or Title | Country | Application Number | Registration Number | Filing Date | Registration Date |
|---|---|---|---|---|---|
| 29° Tavern | USA | | 3304726 | | |
| 29degree Tavern | USA | | 3304725 | | |
| BENNIGAN'S (BLOCK) | USA | | 1088917 | | |
| BENNIGAN'S (DE) | USA | | 1318668 | | |
| BENNIGAN'S GRILL & TAVERN (block) | USA | | 2914348 | | |
| BENNIGAN'S GRILL & TAVERN (design) | USA | | 2899199 | | |
| BENNIGAN'S IRISH AMERICAN GRILL & TAVERN (DE) | USA | | 1979644 | | |
| BENNIGAN'S ON THE GO | USA | | 2425219 | | |
| BENNIGAN'S SPORT | USA | | 3427829 | | |
| BENNIGAN'S TAVERN BURGERS | USA | | 2444258 | | |
| BENNIGAN'S TAVERN with Flip and Mug | USA | | 1245655 | | |
| BLARNEY BLAST | USA | | 1957817 | | |
| DEATH BY CHOCOLATE | USA | | 1394245 | | |
| DEATH BY CHOCOLATE MARTINI | USA | | 2746714 | | |
| EMERALD ISLE MARGARITA | USA | | 2049016 | | |
| KENSINGTON | CANADA | | 284760 | | |
| KENSINGTON | USA | | 956188 | | |
| PADDY O'PUNCH | USA | | 2719312 | | |
| SEPTEMBURGER | USA | | 3239899 | | |
| SIGNATURE HERB ROASTED PRIME RIB | USA | | 2083567 | | |
| SKILLET O'BEEF | CANADA | | 265611 | | |
| STEAK & ALE (block letter with ampersand) | USA | | 3334363 | | |
| STEAK & ALE (Bull Design) | AUSTRALIA | | 1103539 | | |
| STEAK & ALE (with bull & mug design) | USA | | 3045244 | | |
| STEAK AND ALE | ARGENTINA | | 1698662 | | |
| STEAK AND ALE | BAHAMAS | | 6720 | | |
| STEAK AND ALE | BAHRAIN | | 35721 | | |
| STEAK AND ALE | ECUADOR | | 4509-01 | | |

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

S&A Restaurant Corp.
Case Number: 08-41898
Exhibit B-22
Trademarks

| Trademark Name or Title | Country | Application Number | Registration Number | Filing Date | Registration Date |
|---|---|---|---|---|---|
| STEAK AND ALE | EUROPEAN UNION* | | 197418 | | |
| STEAK AND ALE | GUATEMALA | | 96088 | | |
| STEAK AND ALE | HONDURAS | | 6088 | | |
| STEAK AND ALE | KUWAIT | | 45491 | | |
| STEAK AND ALE | PUERTO RICO | | 65994 | | |
| STEAK AND ALE (DE) | VENEZUELA | | S-012217 | | |
| STEAK AND ALE (block letter) | USA | | 2065016 | | |
| STEAK AND ALE (DE w/bull) | JAMAICA | | 48462 | | |
| STEAK AND ALE (DE) | CANADA | | 281027 | | |
| STEAK AND ALE (DE) | EL SALVADOR | | 163 | | |
| STEAK AND ALE (DE) | EUROPEAN UNION* | | 1411115 | | |
| STEAK AND ALE (DE) | GERMANY | | 1003416 | | |
| STEAK AND ALE (DE) | ISRAEL | | 33568 | | |
| STEAK AND ALE (DE) | LEBANON | | 80444 | | |
| STEAK AND ALE (DE) | MEXICO | | 460897 | | |
| STEAK AND ALE (DE) | NEW ZEALAND | | 745644 | | |
| STEAK AND ALE (design) | USA | | 862523 | | |
| STEAK AND ALE (FLEUR) | KOREA | | 47477 | | |
| STEAK AND ALE (steer design) | USA | | 861153 | | |
| The Plano Tavern & Design | USA | | 2618066 | | |
| TIME CRUNCH LUNCH | USA | | 1920425 | | |
| WHAT ARE YOU IN THE MOOD FOR? | USA | | 3004211 | | |
| YOUR ESCAPE FROM THE EVERYDAY | USA | | 1529079 | | |

2